**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTONIO CASTILLO,

                Plaintiff,

-against-

MTM FOOD DISTRIBUTORS, CORP.,
DAMIEN CASTILLO, and
ROBERT MCCARTHY,

                Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023
```

Case No.: 23-CV-4237
(SR) (VR)

**STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties indicated that the time within which Defendants MTM Food Distributors, Corp., and Robert McCarthy may move, answer, or otherwise respond to the Complaint is hereby extended up to and including August 11, 2023.

No provision of this Stipulation and order shall be construed as a waiver of, and Defendants MTM Food Distributors, Corp., and Robert McCarthy expressly reserve any and all defenses, except as to service of process, which has been waived.

There has been no previous request for extension of time in connection with this matter.

Dated: July 11, 2023

      White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dated: July 7, 2023

| | |
|---|---|
| PHILIP I. WEIS, ESQ. | CILENTI & COOPER, PLLC |
| By: *[signature]*<br>Philip I. Weis (PW6008) | By: *[signature]*<br>Giustino (Justin) Cilenti (GC2321) |
| 23 Sparrow Lane<br>Woodbury NY 11797<br>T. (917) 597-0443<br>F. (516-496-7842) | 60 East 42nd Street - 40th Floor<br>New York, New York 10165<br>T. (212) 209-3933<br>F. (212) 209-7102 |
| Attorney for Defendants<br>MTM FOOD DISTRIBUTORS, CORP., and<br>ROBERT MCCARTHY | Attorneys for Plaintiff<br>ANTONIO CASTILLO |